AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

ORIGINAL

| | |
|---|---|
| CHRISTOPHER CALCIANO<br>*Plaintiff*<br><br>v.<br><br>WORLDWIDE RECOVERIES, LLC d/b/a P&R<br>LAW OFFICE d/b/a PLATINUM RECOVERIES<br>d/b/a PR & ASSOCIATES; KRIS MYERS and<br>JEREMY MATLOCK<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 13-4013<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
WORLDWIDE RECOVERIES, LLC d/b/a
P&R LAW OFFICE, d/b/a PLATINUM RECOVERIES,
d/b/a PR & ASSOCIATES
2414 S. Fairview Street, Suite 210
Santa Ana, CA 92704
```

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDREW M. MILZ, ESQ.
450 N. NARBERTH AVE., STE. 101
NARBERTH, PA  19072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/10/13

*PATRICIA A. JONES*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No.    13-4013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* World Wide Recoveries, LLC ,d/b/a,P&R Law office ,d/b/a Platinum Recoveries,d/b/a PR & Accociates
was received by me on *(date)* 07/22/2013

☒ I personally served the summons on the individual at *(place)* 2414 S. Fairview Street, Suite 210 Santa Ana ,Ca 92704 on *(date)* July 25th 2013 @ 1:58 pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dana Koprowski, who is designated by law to accept service of process on behalf of *(name of organization)* WorldWide Recoveries Vice President (of Platinum Recoveries) on *(date)* July 25th 2013 @1:58pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: July 25th 2013

Server's signature #1784

Bill Zambrano (Registered Process Server)
*Printed name and title*

3419 E. Chapman Ave #363, Orange Ca 92869
*Server's address*

Additional information regarding attempted service, etc: